193 F.2d 40
 90 U.S.App.D.C. 420
 William HIGHTOWER, Appellant
v.
UNITED STATES of America, Appellee.
 No. 10920.
 United States Court of Appeals District of Columbia Circuit.
 Argued June 14, 1951.
Decided Nov. 29, 1951.
 
 Saul G. Lichtenberg, Washington, D.C., with whom Joseph Asper, Washington, D.C., was on the brief, for appellant.
 Joseph M. Howard, Asst. U.S. Atty., Washington, D.C., with whom George Morris Fay, U.S. Atty., at the time the brief was filed, and John D. Lane and Frank H. Strickler, Asst. U.S. Attys., all of Washington, D.C., were on the brief for appellee. Charles M. Irelan, appointed U.S. Atty. subsequent to the argument in this case, Washington, D.C., also entered an appearance for appellee.
 Before EDGERTON, CLARK, and WASHINGTON, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed. United States v. Carignan, 72 S.Ct. 97; Tyler v. United States, 89 U.S.App.D.C.- , 193 F.2d 24.